**Johnny Lee GORE, Petitioner—Appellant,**

v.

**UNITED STATES ATTORNEY'S OFFICE; J. Strom Thurmond, Jr., United States Attorney; Rosemary Parham, Assistant United States Attorney, Respondents—Appellees.**

No. 04–6905.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 16, 2004.

Decided Sept. 23, 2004.

Johnny Lee Gore, Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Lee Gore appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition. Our review of the record and the district court's opinion adopting the magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gore v. United States Attorney,* No. CA–02–1894–2–12 (D.S.C. Feb. 25, 2004). We deny as unnecessary Gore's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*